# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DENNIS SMITH, | : | No. 46 WAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (SUPERVALU HOLDINGS PA, LLC), | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.